1  <u>COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983</u>

2

3  Name  EDWARDS    CY    R

4        (Last)         (First)        (Initial)

5  Prisoner Number  F-40478

6  Institutional Address  P.O.BOX 7500  CRESENT CITY

7                         CA.  95532

8

9              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA

10  CY RICHARD EDWARDS

11  (Enter the full name of plaintiff in this action)   )

12                    vs.                    )   Case No. **3495**
                                              (To be provided by the clerk of court)
13  PELICAN STATE PRISON                     )

14  DESLAND STATE PRISON                     )   **COMPLAINT UNDER THE
                                              CIVIL RIGHTS ACT,**
15  AND  EMPLOYEES )                             42 U.S.C §§ 1983

16  C/O'S ; MTA'S )

17  (Enter the full name of the defendant(s) in this action)   )

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*

19  I.   <u>Exhaustion of Administrative Remedies</u>

20       [<u>Note:</u>  You must exhaust your administrative remedies before your claim can go

21       forward.  The court will dismiss any unexhausted claims.]

22       A.   Place of present confinement  P.B.S.P.

23       B.   Is there a grievance procedure in this institution?

24            YES (✓)    NO ( )

25       C.   Did you present the facts in your complaint for review through the grievance

26            procedure?

27            YES(✓)    NO ( )

28       D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                    - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal HAVENT RECEIVFD them BACK YET.

(I HAVE WRITTEN (3) SENDING (2))

2. First formal level

3. Second formal level

4. Third formal level

E.   Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO ( )

F.   If you did not present your claim for review through the grievance procedure, explain why.

II.   Parties

A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

CY R. EDWARDS P.B.S.P.

PRO. BOX. 7500 CRESENT City, CA. 95532

B.   Write the full name of each defendant, his or her official position, and his or her place of employment.

At this times N/A

COMPLAINT                                    - 2 -

1 _____

2 _____

3 _____

4 III.    Statement of Claim

5     State here as briefly as possible the facts of your case.  Be sure to describe how each

6 defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any

7 cases or statutes.  If you have more than one claim, each claim should be set forth in a separate

8 numbered paragraph.

9

10 THERE ARE (5) FIVE CLAIMS

11 (5t) SHOULDER INJURY DONE AT DELANO

12 S.P. when is an Evil From

13 Kichen ®

14 2ND) SHOULDER INJURY DONE AT DELANO

15 STATE PRISON Also done IN KITHEN BY

16 FOOD STAFF COOK (MR. HERNADEZ) while

17 working in Kitchen.

18 3RD) EYE INJURY ACCURED while sleeping,

19 MAGE LIFE FLASH IN EYES while sleep

20 (4th) EAR INJURY DONE while a PRE-SCHOOL JAMMED IN ear

21 5th Legs VASCULAR, Leg stocking were to small to get ccrct
                                                                 size since 10/24/06

22 IV.    Relief

23     Your complaint cannot go forward unless you request specific relief.  State briefly exactly what

24 you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

25

26 I WAS INJURED ON THE SB TWICE

27 HAD USE OF FORCE DAMAGE DONE, AT least TWICE AND

28 PREEVIES small stockin for Leg the remedy of this, I
   would like An moritary JUDGEMENT FOR PAIN AND SUFFERING.

COMPLAINT                              - 3 -

1

2

3

4     I declare under penalty of perjury that the foregoing is true and correct.

5

6     Signed this 25 day of JUNE , 2007

7

8

9     (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                              - 4 -

NAME: *Edwards*    NUMBER *F 40478*    HOUSING *MFI 226U*    PBSP-LAB-001

**PELICAN BAY STATE PRISON**    **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**    TEST DATES: *6·12·07*

**TYPE OF TEST:**    **BASIC BLOOD TESTS**    **HEPATITIS SCREEN**    **X-RAY**    **EKG**
(circle test type)    **OTHER:**

*SAC*
*MRI Left Shoulder*

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☐    Your test result is essentially within normal limits.  No physician follow-up is required.

☐    Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☒    Your test result is not within normal limits.  You will be scheduled to discuss the results with a physician. *6-25-07*

☐    Your test result is not within normal limits.  Further studies are required and have been scheduled for you.  You

will receive further information on this study at a later date.

PHYSICIAN REMARKS    *Abnormal    MRI    of    Left/Right    Shoulder*

1.    HEALTH RECORD COPY    *Codd PA*
_____
Physician & Surgeon

2.    PATIENT COPY    *6/20/07*
_____
Date &Time

3.    PHYSICIAN COPY

**CONFIDENTIAL**

NAME :    NUMBER    HOUSING    PBSP-LAB-001

NAME _Edwards, CY_    I.D. # _F40428_    DOB _11/13/58_

SPEECH: <u>RIGHT</u>

<u>LEFT</u>    DATE _4/06/07_
_P Bay_

MCL _45dSNC_

UCL _110d_)

DISC _100 7aue_

SLOPE _Flat_

SRT _20dS_

GSI 38

FLT 1.4 cm3 PEAK 0.2 cm3 R
120 daPa   - 10 daPa
.5 cm3

I 500 Hz    I 2000 Hz
NT          NT

0.1 [
cm3

I 1000 Hz    I 4000 Hz
NT           NT

CY IN HERTZ (Hz)

0.1 [

-400



MASKING: _MBNa level I 2dbc_

<u>LEGEND</u>
Air Conduction
R.E. = O    Masked △
L.E. = X    Masked ▢

Bone Conduction
R.E. = <    Masked ⊏
L.E. = >    Masked ⊐

Visit Start Dt/Tm: 05-09-2007 1000    Encounter Type: SICK CALL    Visit Reason: 7362 PCP EVALUATION

## Subjective

Entry Dt/Tm: 05-09-2007 1415    Entered By: MPIMSIKT , TODD, PA

Updated Dt/Tm: 05-09-2007 1417    Updated By: MPIMSIKT , TODD, PA

The patient had a recent NCS done on his left shoulder and arm and he is C/O residual discomfort in his left arm since the study. He describes pain that follows the course of the left ulnar nerve, culminating in pain and paresthesia in the left 5th finger. He states the diclofenac he is takign it but he is concerned that this is a new permanent injury. I discussed with the patient that the nerve was probably inflammed following the study adn this discomfort would resolve with time.

## Objective

### Vitals

Vitals Dt/Tm: 05-09-2007 0941    Temp (°F): 96.4    Pulse: 89    Respiration: 16

Blood Pressure: 110/72    Wgt: 190    Hgt: 5'9 "    Provider: GARRETT, RN , BILLIE

Notes: PAIN LEVEL IS 8 ON SCALE OF 1-10 RT SHOULDER AND IS THERE ALL THE TIME.

### Other

Name: PE

Provider: TODD, PA , IAIN    Other Dt/Tm: 05-09-2007 1417

Notes: The hands appear symmetrical. There is 5/5 strength in the hands. palpation of the ulnar groove reproduces the discomfort that prompts this visit. Sensation in the finger is intact.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

CDC #: F40478

Name(L,F,M,S): EDWARDS, CY

## Assessment

### Medical Diagnosis

Code: 9993    Description: PAIN/HEADACHE SYNDROME

Axis:    GAF:    Status: CURRENT    Provider: TODD, PA, IAIN

Diagnosis Dt/Tm: 02-28-2007 0845    Resolve Dt/Tm: 00-00-0000 0000    Priority:

Notes:

### Plan

Provider: TODD, PA, IAIN    Plan Dt/Tm: 04-06-2007 1219    Completed By:

Completed Dt/Tm:    Patient Education: N    Phone Order Status: NONE

Entry Date: 04-06-2007 1219    Entered By: MPIMSIKT, TODD, PA

Will put in a request for him to be seen by optometry for his visual acuity

Provider: TODD, PA, IAIN    Plan Dt/Tm: 04-06-2007 1220    Completed By:

Completed Dt/Tm:    Patient Education: N    Phone Order Status: NONE

Entry Date: 04-06-2007 1220    Entered By: MPIMSIKT, TODD, PA

Will put is an order for him to be seen by optometry.

Provider: TODD, PA, IAIN    Plan Dt/Tm: 04-06-2007 1222    Completed By:

Completed Dt/Tm:    Patient Education: N    Phone Order Status: NONE

Entry Date: 04-06-2007 1220    Entered By: MPIMSIKT, TODD, PA

Will put is an order for him to be seen by optometry. I spoke with the yard sergeant and left a message with Dr Sayre regarding the best way to proceed with this problem.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC #: F40478

Name(L.F.M.S): EDWARDS, CY

CDC 7230
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

## NOTE: SEND COPY OF PHYSICIAN'S ORDER OR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

### Plan

| Plan Dt/Tm | Plan | Provider |
|---|---|---|
| 04-06-2007 1219 | Will put in a request for him to be seen by optometry for his visual acuity | TODD, PA, IAIN |
| 04-06-2007 1220 | Will put is an order for him to be seen by optometry. | TODD, PA, IAIN |
| 04-06-2007 1222 | Will put is an order for him to be seen by optometry. I spoke with the yard sergeant and left a message with Dr Sayre regarding the best way to proceed with this problem. | TODD, PA, IAIN |

### Medications

| Start Dt/Tm | Medication | Strength | Rte | Freq | Duration | Provider |
|---|---|---|---|---|---|---|
| 04-06-2007 1222 | PRED MILD 0.12% EYE DROPS | 2 DROP | OU | BID | 14 | TODD, PA, IAIN |

### Treatments

| Start Dt: | CPT | Treatment | Freq | Anatomical Location | Provider |
|---|---|---|---|---|---|
| 04-06-2007 1220 | 99999 | OPTOMETRY VISIT FOR ACUI | NA | | TODD, PA, IAIN |
| 04-06-2007 1221 | 99999 | AUDIOLOGY | NA | | TODD, PA, IAIN |

### Vitals

| Vital Dt/Tm | Temp (F) | Pulse | Respiration | BP | Provider |
|---|---|---|---|---|---|
| 04-06-2007 0845 | 96 | 67 | 16 | 122/90 | AANERUD, MTA, DIANE |

### Noted

| Noted Dt/Tm | Noted By |
|---|---|
| 04-06-2007 1228 | AANERUD, MTA, DIANE |

Confidential client information
See W & I Code, Sections 4514 and 5328

CDC #: F40478
Name(L,F,M,S): EDWARDS, CY

## PHYSICIAN'S ORDERS

CDC 7221
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

# NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

## Plan

| Plan Dt/Tm | Plan | Provider |
|---|---|---|
| 01-31-2007 1134 | The patient still hasn't been remeasured for the correct size of hose. I will ask that he be remeasured. I will order wrist splints for nocturnal use, myoflex creme and omeprozole. | TODD, PA, IAIN |

## Medications

| Start Dt/Tm | Medication | Strength | Rte | Freq | Duration | Provider |
|---|---|---|---|---|---|---|
| 01-31-2007 1136 | OMEPRAZOLE 20 MG CAPSULE DR | 20 MG | PO | QD | 180 | TODD, PA, IAIN |
| 01-31-2007 1136 | MYOFLEX 10% CREAM | 1 CREAM | TP | BID | 180 | TODD, PA, IAIN |

## Tests

| Order Dt/Tm | Test/Instructions | Ordered By |
|---|---|---|
| 01-31-2007 1137 | SEDIMENTATION RATE (ESR) | TODD, PA, IAIN |

## Treatments

| Start Dt | CPT | Treatment | Freq | Anatomical Location | Provider |
|---|---|---|---|---|---|
| 01-31-2007 1137 | 99999 | COMPRESSION HOSE | NA | | TODD, PA, IAIN |

## Vitals

| Vital Dt/Tm | Temp (F) | Pulse | Respiration | BP | Provider |
|---|---|---|---|---|---|
| 01-31-2007 0929 | 96.5 | 72 | 16 | 116/70 | AANERUD MTA, DIANE |

## Instructions

| Start Dt/Tm | Instruction Type: | Provider |
|---|---|---|
| 01-31-2007 1138 | SPLINT | TODD, PA, IAIN |

Confidential client information
See W & I Code, Sections 4514 and 5328

CDC #: F40478

Name(L,F,M,S): EDWARDS, CY

## PHYSICIAN'S ORDERS

## Assessment

### Medical Diagnosis

Code: 9991          Description: EARS, NOSE, & THROAT DISEASE

Axis:          GAF:          Status: CURRENT          Provider: TODD, PA, IAIN

Diagnosis Dt/Tm: 04-06-2007 1219          Resolve Dt/Tm: 00-00-0000 0000          Priority:

Notes:


Code: 95          Description: EYE DISEASE

Axis:          GAF:          Status: CURRENT          Provider: TODD, PA, IAIN

Diagnosis Dt/Tm: 04-06-2007 1219          Resolve Dt/Tm: 00-00-0000 0000          Priority:

Notes:


Code: 959          Description: INJURY / TRAUMA

Axis:          GAF:          Status: CURRENT          Provider: TODD, PA, IAIN

Diagnosis Dt/Tm: 11-27-2006 0910          Resolve Dt/Tm: 00-00-0000 0000          Priority:

Notes:


Code: 781          Description: NEUROLOGICAL DISORDER NOT SEIZURE

Axis:          GAF:          Status: CURRENT          Provider: TODD, PA, IAIN

Diagnosis Dt/Tm: 05-09-2007 1419          Resolve Dt/Tm: 00-00-0000 0000          Priority:

Notes:


Code: 9992          Description: NURSING DIAGNOSIS

Axis:          GAF:          Status: CURRENT          Provider: ELLIOTT, RN, CATHERINE

Diagnosis Dt/Tm: 10-25-2006 1508          Resolve Dt/Tm: 00-00-0000 0000          Priority:

Notes:

| PHYSICIAN'S PROGRESS NOTES | CDC #: F40478 |
|---|---|
| | Name(L,F,M,S): EDWARDS, CY |

CDC 7230

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

Visit Start Dt/Tm: 05-09-2007 0900    Encounter Type: SICK CALL                    Visit Reason: 7362 NURSING EVALUATION

## Subjective

| | |
|---|---|
| **Entry Dt/Tm:** 05-09-2007 0948 | **Entered By:** MPIMSBAG , GARRETT, RN |
| **Updated Dt/Tm:** 05-09-2007 1000 | **Updated By:** MPIMSBAG , GARRETT, RN |

Went to SCH on 04/27/2007 to have an MRI of his left shoulder. They weren't able to complete the MRI because the machine was not working properly. However, they put wires on his left shoulder and arm and gave him little shocks. His left arm was twitching. Since that was done on 04/27/2007, he has been having constant pain in his left shoulder which is an 8 on a scale of 1-10. Also with milder pain left forearm and feels a twitching in that area. Has abnormal sensations in his left hand and especially in his left 5th finger. Has decreased Rom of left shoulder and is no longer able to work out. This has been going on for 6 days now and he needs to see the doctor today. Current meds are: Imitrex nasal spray prn, Myoflex 10% cream bid, Prilosec 20mg, Diclofenac 75mg. bid and Dove soap.

## Objective

### Other

**Name:** PROGRESS NOTE

**Provider:** GARRETT, RN , BILLIE                                 **Other Dt/Tm:** 05-09-2007 1000

**Notes:** Demonstrates decreased ROM of left elbow. A+O x4. Vs are WNL. Normal posture and gait. Anxious and agitated.

---

|  |  |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** F40478 |
|  | **Name(L,F,M,S):** EDWARDS, CY |
| CDC 7230 | |
| STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS | |

Visit Start Dt/Tm: 05-09-2007 1000    Encounter Type: SICK CALL    Visit Reason: 7362 PCP EVALUATION

## Subjective

| Entry Dt/Tm: 05-09-2007 1415 | Entered By: MPIMSIKT , TODD, PA |
|---|---|
| Updated Dt/Tm: 05-09-2007 1417 | Updated By: MPIMSIKT , TODD, PA |

The patient had a recent NCS done on his left shoulder and arm and he is C/O residual discomfort in his left arm since the study. He describes pain that follows the course of the left ulnar nerve, culminating in pain and paresthesia in the left 5th finger. He states the diclofenac he is takign it but he is concerned that this is a new permanent injury. I discused with the patient that the nerve was probably inflammed following the study adn this discomfort would resolve with time.

## Objective

### Vitals

Vitals Dt/Tm: 05-09-2007 0941    Temp (°F): 96.4    Pulse: 89    Respiration: 16

Blood Pressure: 110/72    Wgt: 190    Hgt: 5'9 "    Provider: GARRETT, RN , BILLIE

Notes: PAIN LEVEL IS 8 ON SCALE OF 1-10 RT SHOULDER AND IS THERE ALL THE TIME.

### Other

Name: PE

Provider: TODD, PA , IAIN    Other Dt/Tm: 05-09-2007 1417

Notes: The hands appear symmetrical. There is 5/5 strength in the hands. palpation of the ulnar groove reproduces the discomfort that prompts this visit. Sensation in the finger is intact.

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | CDC #: F40478 |
| | Name(L,F,M,S): EDWARDS, CY |
| CDC 7230 | |
| STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS | |




# X-RAY REPORT

## DEPARTMENT OF CORRECTIONS
## PELICAN BAY STATE PRISON
## HEALTH CARE SERVICES

NAME: EDWARDS, CY  NO. F40478  RM: MF1-226L  DATE: 12/11/06

EXAM REQUESTED:              THREE-VIEWS OF THE LEFT SHOULDER

REQUESTING M.D.:             PCP

CLINICAL DATA:               HISTORY OF PAIN

RADIOGRAPHIC REPORT:         THREE-VIEWS OF THE LEFT SHOULDER

FINDINGS:                    There are calcifications about the rotator cuff and biceps tendon sheath from old traumatic change. There is a minimal fleck of calcification ossification near the superior margin of the glenoid fossa. This has the potential to be an intraarticular loose body, and is probably not. It appears to be an old fracture deformity of the humeral head; perhaps this is some minimal healing area of fibrous cortical dysplasia in the metaphyseal region. Mild arthritis noted about the shoulder.

IMPRESSION:                  **I BELIEVE THE PATIENT HAS HAD EXTENSIVE PREVIOUS TRAUMA ABOUT THE SHOULDER WITH PERSISTENT CALCIFIC TENDINITIS CHANGES. THE TOTALITY OF INJURY TO THIS SHOULDER WOULD PROBABLY REQUIRE MRI TO FURTHER EVALUATE.**

12/15/2006                   PHILIP GRIMM, M.D.                        GTP
DATE READ                    RADIOLOGIST                              TRANSCRIBER

HEALTH CARE SERVICES REQUEST FORM (PBSP 736-)                    47961

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |
| REQUEST FOR: MEDICAL ☐  PSYCHIATRY ☐  MENTAL HEALTH ☐  DENTAL ☐  PHARMACY ☑ |
| NAME: _CV Brown_   CDC #: _F-60478_   HOUSING: _MF-1-226L_ |
| PHARMACY REFILL # _____    *Pharmacy, place labels on back of form* |

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

Having problem with eyes (vision blurred) due to flashlight in eyes nightly, right in face, along with ringing in ear

PATIENT'S SIGNATURE: _____   DATE: 04-05-07

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|
| Date & Time Received: _____    Received by: _____ |
| Reviewed by RN/RDA, Date: 4-5-07 Time: 0938  Signature: A Garrett RN Triage Designation: (R) |

S:

O:   T:   P:   R:   BP:   WEIGHT:

If he has time, Mr. Todd will address the above issues at your

A:   appt on 4-6-07 (tomorrow)

P:

Signature/Date/Time: A Garrett RN 4-5-07 0951

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☒ (within 14 calendar days) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: Has appt 4-6-07 | |
| A Garrett, RN | A Garrett RN | 4-5-07 0951 |
| Print/Stamp Name | Signature/Title | Date & Time Completed |

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

| 1. | ☐ | Visit was for an emergency |
|---|---|---|
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☐ | Visit was a follow-up requested by the clinician. |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☒ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL-Unit Health Record          YELLOW - Pharmacy          PINK - Inmate Trust          GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

| Name: | CDC#: | Housing: | Institution: |
|---|---|---|---|

# HEALTH CARE SERVICES REQUEST FORM (PBSP 73_)

47964 ✓

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☐   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: C.R. Edwards            CDC #: F-40478        HOUSING: MFI 226L

PHARMACY REFILL # _____     *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

When seeing Doc. for MRI Stimulator of
nurves in shoulder diagnosis was done, and
pain from shoulder to elbow to or down side
of arm to finger tips with little finger having most
pain

PATIENT'S SIGNATURE: C.R. Edwards        DATE: 5-7-07

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received:

Reviewed by RN/RDA, Date 5-8-07 Time: 1009   Signature: A Garrett RN   Triage Designation: CR

S:

O:    T: 96⁴  P: 89  R: 16   BP: 110/72   WEIGHT: 190#   Ht 5'9½"
0917                                                    97%

✗ See EMR

A:

P:

Signature/Date/Time: A Garrett, RN 5-9-07 1016

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☒ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP:  Yes          DATE OF APPOINTMENT: 5-9-07

A Garrett, RN                 A Garrett RN                    5-9-07 1016
Print/Stamp Name              Signature/Title                 Date & Time Completed

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☒ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL–Unit Health Record        YELLOW - Pharmacy        PINK - Inmate Trust        GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

Name: _____  CDC#: F 40478  Housing: MFI-226  Institution: PBSP

Please send
inmate copy back

HEALTH CARE SERVICE REQUEST FORM (PBSP 73  )

53472

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☑ PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: C. EDWARDS          CDC #: F40478          HOUSING: MF-T-226

PHARMACY REFILL # _____          *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

Requesting Hospital, Fitting for the "Joist" leg support stocking. Since I can not received, or can't get any here, I want to be sent out to be fitted and have leg examed.

PATIENT'S SIGNATURE: C. Edwards          DATE: 3/22/07

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received: _____

Reviewed by RN/RDA, Date: 3-27-07 Time: 0731   Signature: A Garrett   Triage Designation: R RN

S:

O:      T:        P:        R:        BP:        WEIGHT:

✱ See EMR

A:
P:   Mr. Edwards - You have an appointment coming up soon. I have added this request to your appt.

Signature/Date/Time: A Garrett RN 3-27-07 1320

APPOINTMENT SCHEDULED AS:     EMERGENCY ☐ (immediately)     URGENT ☐ (within 24 hours)     ROUTINE ☑ (within 14 calendar days)

REFERRED TO PCP: Yes          DATE OF APPOINTMENT: Appt Pending

A Garrett, RN          A Garrett RN          3-27-07 1320 h
Print/Stamp Name          Signature/Title          Date & Time Completed

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

| 1. | ☐ | Visit was for an emergency |
|---|---|---|
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☑ | Visit was a follow-up requested by the clinician. |
| 5. | ☑ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☐ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL–Unit Health Record          YELLOW - Pharmacy          PINK - Inmate Trust          GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

| Name: | CDC#: | Housing: | Institution: |
|---|---|---|---|

HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)                    44936

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:  MEDICAL ☑  PSYCHIATRY ☐  MENTAL HEALTH ☐  DENTAL ☐  PHARMACY ☐

NAME: C. Edwards        CDC #: F-40478        HOUSING: 226 MF1

PHARMACY REFILL #                        *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM) Is compression stocking. I've in need of compression stocking since Oct 06 I have recieved some twice, But wrong size, As of this month Mar 07 I've haven't recieved right size. The size I have now are too small and causing great pain in leg and swelling. I'm requesting an outside phy. specialist. To be seen & for other problems also.

PATIENT'S SIGNATURE: C. Edward  3-13-07  DATE:

| PART II:  TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received:                     Received by:

Reviewed by RN/RDA, Date: 3/14/07 Time: 1016  Signature: A Garrett RN  Triage Designation: ℞

S:

O:      T:      P:      R:      BP:      WEIGHT:

Will write a chrono regarding Pts request to have correct size sent from home

Told Pt

A:  Order Noted + forwarded to Med Records to,
P:  have chrono typed and forwarded to CMO for signature.

Signature/Date/Time: A Garrett RN  1136  3-14-07

APPOINTMENT        EMERGENCY ☐      URGENT ☐      ROUTINE ☐
SCHEDULED AS:      (immediately)    (within 24 hours)   (within 14 calendar days)

REFERRED TO PCP: For orders.      DATE OF APPOINTMENT: —

A Garrett, RN        A Garrett RN            3-14-07 1136
Print/Stamp Name       Signature/Title          Date & Time Completed

| COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF |
|---|

| 1. | ☐ | Visit was for an emergency |
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☒ | Visit was a follow-up requested by the clinician patient |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☐ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL–Unit Health Record     YELLOW - Pharmacy     PINK - Inmate Trust     GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

| Name: | CDC#: | Housing: | Institution: |
|---|---|---|---|

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7.2)

77172

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:  MEDICAL ☑  PSYCHIATRY ☐  MENTAL HEALTH ☐  DENTAL ☐  PHARMACY ☐

NAME: EDWARDS, CY     CDC #: F40478     HOUSING: MF 1 226L

PHARMACY REFILL #                                    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

SHOLDERS HAVING SERVERE PAIN IN RT AND Lt. PAIN PILL not WORKING, IN LEFT SHOLDERS PAIN is going up AND DOWN ARM, MAY HAVE done MORE damage while lifting object at work. ALSO Ringing in EAR.

PATIENT'S SIGNATURE:                                    DATE:

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received: 1-4-07                Received by: X Gunter RN

Reviewed by RN/RDA, Date: 1-4-07 Time: 0700  Signature: X Gunter  Triage Designation: R

S:

O:     T:     P:     R:     BP:     WEIGHT:

*See EMR*

A:

P:

Signature/Date/Time: X Gunter 1-4-07 1215

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☒ (within 24 hours) | ROUTINE ☒ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP:

L. Gunter                X Gunter RN              DATE OF APPOINTMENT: 1-5-07

Print/Stamp Name          Signature/Title              1-4-07 1215
                                                       Date & Time Completed

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

| 1. | ☐ | Visit was for an emergency |
|---|---|---|
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☑ | Visit was a follow-up requested by the clinician. |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☐ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:

ORIGINAL–Unit Health Record     YELLOW - Pharmacy     PINK - Inmate Trust     GOLDENROD – Inmate/Patient

PBSP 7362 (Rev. 7/03)

Name: Cy EDWARD  CDC# F40478  Housing: MF 1 226  Institution:

WOULD LIKE to HAVE COPIES OF Req. Form.

thank you.     Follow UP     12/29-06

*follow up*

HEALTH CARE SERVICES REQUEST FORM (PBSP 7-2)          77171  1

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:  MEDICAL ☑  PSYCHIATRY ☐  MENTAL HEALTH ☐  DENTAL ☐  PHARMACY ☐

NAME: **Edwards Cy**          CDC #: **F40478**          HOUSING: 226 MFI

PHARMACY REFILL #          *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM.)

Aking in leg Having severe pain in leg from wearing to small leg stocking varie are getting larger from walking and sitting with those wrong leg support.

PATIENT'S SIGNATURE:                                   DATE/ 1-4-07

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received: 1-4-07   0700          Received by: L Gauta RN

Reviewed by RN/RDA, Date: 1-4-07 Time: 1200   Signature: L Gauta   Triage Designation: R

S:

O:     T:     P:     R:     BP:     WEIGHT:

*See EMR*

A:

P:

Signature/Date/Time: L Gauta RN 1-4-07 1215

APPOINTMENT SCHEDULED AS:   EMERGENCY ☐ (immediately)   URGENT ☐ (within 24 hours)   ROUTINE ☑ (within 14 calendar days)

REFERRED TO PCP: ✓          DATE OF APPOINTMENT: 1-5-07

L Gauter
Print/Stamp Name          L Gauta RN
                          Signature/Title          1-4-07 1215
                                                   Date & Time Completed

COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

| 1. | ☐ | Visit was for an emergency |
|---|---|---|
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☑ | Visit was for mental health services |
| 4. | ☑ | Visit was a follow-up requested by the clinician. |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☐ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL- Unit Health Record          YELLOW - Pharmacy          PINK - Inmate Trust          GOLDENROD - Inmate/Patient
PBSP 7362 (Rev. 7/03)

Name: **Edwards Cy** CDC#: **F48478** Housing: **MFI 226** Institution:

Would like copy of med. request to my vof. follow up   12/29/06

# HEALTH CARE SERVICS REQUEST FORM (PBSP 73 )

FOLLOW UP

45531

| **PART I: TO BE COMPLETED BY THE PATIENT** |
| --- |
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |
| REQUEST FOR:  MEDICAL ☑  PSYCHIATRY ☐  MENTAL HEALTH ☐  DENTAL ☐  PHARMACY ☐ |
| NAME: EDWARD         CDC #: F-40478        HOUSING: 226L MFL |
| PHARMACY REFILL #                                    *Pharmacy, place labels on back of form* |
| THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM) |

SHOULDER PAIN IN BOTH NOW, PAIN GOING DOWN BACK OF ARM AND AREA AROUND ELBOW HAS ACKING PAIN AND SOME PAIN OR NUMBNESS IN HAND (AT TIMES).

| PATIENT'S SIGNATURE: | DATE: |
| --- | --- |

| **PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA** |
| --- |
| Date & Time Received:                           Received by: |
| Reviewed by RN/RDA, Date: 1-29-07 Time: 0716  Signature A. Garrett RN  Triage Designation: ℞ |
| S: |

O:    T:        P:        R:        BP:        WEIGHT:

A:  
P:

Will schedule you with Mr. Todd on 1-31-07 as a follow-up appointment

| | Signature/Date/Time: A. Garrett RN 1-29-07 104[ |
| --- | --- |
| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately)  URGENT ☐ (within 24 hours)  ROUTINE ☒ (within 14 calendar days) |
| REFERRED TO PCP: Yes | DATE OF APPOINTMENT: 1-31-07 |
| A. Garrett RN  Print/Stamp Name | A. Garrett RN  Signature/Title | 1-29-07 104/hr  Date & Time Completed |

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

| 1. | ☐ | Visit was for an emergency |
| --- | --- | --- |
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☒ | Visit was a follow-up requested by the clinician.    F/U PRN |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☐ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL – Unit Health Record        YELLOW – Pharmacy        PINK – Inmate Trust        GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| Name: | CDC#: | Housing: | Institution: |
| --- | --- | --- | --- |

**HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)**

97583 /

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |

REQUEST FOR:   MEDICAL ☑ PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: C Y EDWARDS          CDC #: F40478          HOUSING: A-GYM 148

PHARMACY REFILL # _____          *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

NEED TED stockings FOR LEg HAVE
VERICOSE VAIN IN LEG.
(THIS IS NOT AN MED. PROBLEM.)

PATIENT'S SIGNATURE: _____ | DATE: _____

**PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA**

Date & Time Received: 10-25-06   0700          Received by: Elliott X

Reviewed by RN/RDA, Date 10-25-06 Time: 0730 Signature: Elliott R Triage Designation: Leg

S:

O:       T: 97⁴   P: 72   R: 14   BP: 98/64  WEIGHT: 176

see EMR

A:

P:

Signature/Date/Time: Elliott Rn

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☑ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP: Yes          DATE OF APPOINTMENT: 10-31-06

Elliott          Elliott R          10-24-06
Print/Stamp Name          Signature/Title          Date & Time Completed

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☑ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL - Unit Health Record     YELLOW - Pharmacy     PINK - Inmate Trust     GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| Name: | CDC#: | Housing: | Institution: |
|---|---|---|---|

**HEALTH CARE SERVICES REQUEST FORM (PBSP 7 2)**                    83799

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☑   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: CY EDWARDS    CDC #: F 40478    HOUSING: 2 MFI 226L

PHARMACY REFILL # _____    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

Pain Pills for Legs, Leg stocking and cross for Lower (update). I had all med needed when temppacks, was told by Nurse I'd get them back when I was Dr. (gym, (2 mo). Vault is starting to greend

PATIENT'S SIGNATURE: Cy E Edwards    DATE: 11-28-06

**PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA**

Date & Time Received: _____    Received by: _____

Reviewed by RN/RDA, Date: 11-28-06 Time: 0710 Signature: A Garrett RN Triage Designation: R

S:

O:   T: 96.8   P: 80   R: 18   BP: 128/60 WEIGHT: 190 #

*See EMR*

A:

P:

Signature/Date/Time: A Garrett RN 11-28-06 12 45 PM

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☑ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP: Yes    DATE OF APPOINTMENT: _____

A Garrett, RN    A Garrett RN    11-28-06
Print/Stamp Name        Signature/Title        Date & Time Completed

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☒ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL–Unit Health Record      YELLOW - Pharmacy      PINK - Inmate Trust      GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

| Name: | CDC#: | Housing: | Institution: |
|---|---|---|---|

# HEALTH CARE SERVICES REQUEST FORM (PBSP 62)

71788

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |

REQUEST FOR:   MEDICAL ☑   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: CY EDWARDS   CDC #: F 40478   HOUSING: AMF 226L

PHARMACY REFILL # _____   *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

Requsting to see doctor for leg itching, seen by nurse in gym, appointment was set, told I'll see doc. Have not Also med well token. Scrdchal to see a 15th 06

PATIENT'S SIGNATURE: Cy Edwards   DATE: 11-20-06

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received: _____   Received by: _____

Reviewed by RN/RDA, Date: 11-20-06 Time: 0731   Signature: A Garrett RN   Triage Designation: R

S:

O:   T:   P:   R:   BP:   WEIGHT:

You were rescheduled from 11-15-06 to 11-27-06. Thank you for your patience.

A:

P:

Also 45 to 50   Signature/Date/Time: A Garrett RN 11-20-06 1250hrs

APPOINTMENT SCHEDULED AS:   EMERGENCY ☐ (immediately)   URGENT ☐ (within 24 hours)   ROUTINE ☑ (within 14 calendar days)

REFERRED TO PCP: _____   DATE OF APPOINTMENT: 11-27-06 already sched

A Garrett, RN   A Garrett RN   11-20-06 1250hm.
Print/Stamp Name   Signature/Title   Date & Time Completed

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

| | | |
|---|---|---|
| 1. | ☐ | Visit was for an emergency |
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☐ | Visit was a follow-up requested by the clinician. |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☐ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

Duplicate

DISTRIBUTION:
ORIGINAL-Unit Health Record   YELLOW - Pharmacy   PINK - Inmate Trust   GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

Name: _____   CDC#: _____   Housing: _____   Institution: _____

**HEALTH CARE SERVIC   REQUEST FORM (PBSP 736**            67871

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☐   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: EDWARDS, CY    CDC #: F40478    HOUSING: MF1 226L

PHARMACY REFILL #                                     *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM) FOLLOW UP. REGARDS

SEEN DOCTOR FOR LEG STOCKING, WAS SIZED FOR IT AND PAID FOR IT. AND DOES NOT FIT. AND CAUSING SEVERE PAIN IN LEG. AND TYLENAL DOES'N STOP PAIN. AND IRESTATES STOMACH.

PATIENT'S SIGNATURE:                    DATE:

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received:                              Received by:

Reviewed by RN/RDA, Date: 12-14-06 Time: 0930   Signature: A Garrett RN   Triage Designation (R)

S:

O:    T:    P:    R:    BP:    WEIGHT:

see EMR

A:

P:

|  | Signature/Date/Time: A Garrett RN 12-15-06 1030 |
|---|---|

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☒ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP:  Yes         DATE OF APPOINTMENT: PCP 12-14-06 0300 - RTS 12-15-06

A Garrett RN         A Garrett RN            12-15-06 1030 hr
Print/Stamp Name        Signature/Title            Date & Time Completed

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

| 1. | ☐ | Visit was for an emergency |
|---|---|---|
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☒ | Visit was a follow-up requested by the clinician. |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☐ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL–Unit Health Record       YELLOW - Pharmacy       PINK - Inmate Trust       GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| Name: Cy R. Edward CDC#: F   Housing: MF1 226L Institution: PBSP |
|---|

NAME: *Edwards*    NUMBER *F 40478*    HOUSING *MFI 226U*  PBSP-LAB-001

PELICAN BAY STATE PRISON    HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS    TEST DATES: *6·12·07*

TYPE OF TEST:    BASIC BLOOD TESTS    HEPATITIS SCREEN    X-RAY    EKG
(circle test type)    OTHER:

*SHC*
*MRI Left Shoulder*

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☐  Your test result is essentially within normal limits.  No physician follow-up is required.

☐  Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☒  Your test result is not within normal limits.  You will be scheduled to discuss the results with a physician. *6·25·07*

☐  Your test result is not within normal limits.  Further studies are required and have been scheduled for you.  You
    will receive further information on this study at a later date.

PHYSICIAN REMARKS   *Abnormal MRI of Right Shoulder* (Left)

1.  HEALTH RECORD COPY

2.  PATIENT COPY    *Codd PA*
    Physician & Surgeon

3.  PHYSICIAN COPY    *6/20/07*
    Date &Time

# CONFIDENTIAL

NAME :    NUMBER    HOUSING    PBSP-LAB-001

IF NEEDED,TO MAIL BACK ANY INFORMATION PLEASE
MAIL TO,


PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESENT CITY,CA.
95532-7000
C.R.EDWARDS MF-1-226 L


430 w. 105st
LOS ANGELES CA.
90003


434 w.105st
LOS ANGELES CA.
90003


AGAIN THANK YOU.

EXPLANNING TO BEST OF MY MEMEORY,THIS IS WHAT HAPPEN EXACTLY
IN EACH CASE.
1). SHOULDER INJURY HAPPEN WHILE WORKEN IN KITCHEN AT DELANO
STATE PRISON. WHILE WORKING ON STAINLESS STEAL TABLE ABOUT
30 TO 40 FEET LONG, PUSHING FOOD TRAYS DOWN TABLE WITH LEFT
ARM IN AN EAST TO WEST MOTION WITH ARM EXTENDED IN A SIDEWORD
PUSHING MOTION.
NOT SEEING FREE STAFF COOK AT OTHER END TABLE,STUPPING UNDER
TABLE(WESTERN END) AS IF LOOKING UNDER TABLE. WITHOUT NO
WARNNING TO STOP FOOD LINE, MR. HERNANDEZ PUSHED FOOD TRAYS
BACK TWARDS ME ANGRY, PUSHED TRAYS,JAMMING SHOUDER CAUSING
INJURY TO SHOULDER, INSTANTANEOUSLY. THIS ACTION OF PUSHING
TRAYS BACKWARDS TO ME WITH MY ARMS EXTENDED POSITITION HAD
CAUSED JAMMING OF ARM, INTO SHOULDER OR,AND ROTORS CUP
CAUSING INJURY. THIS HAPPEN ON OCCTOBER 2006.
HAVE RECEIVED X-RAYS MRI"S TAKING PAINS PILLS STILL HAVING
PAIN IN SHOULDERS DOWN ARM.


2). BURN INJURY, DONE ON OVEN IN DELANO STATE PRISION IN
OCTOBER 2006. OVEN DOOR BROKEN AND UNAWARE AT TIME OF INJURY.
NOT UNTIL I WAS BURNED WAS I TOLD DOOR WAS NON-FUCTIONAL.
HOW INJURY ACCURED, WHILE UNLOADING OVEN DOOR CLOSED BACK
ON ME WHILE BACK WAS TWARD DOOR.
DOOR CLOSING BACK ON ME CAUSING INJURY TO BACK OF ARM AND ELBOW
AERA.
TYPE OF INJURY, 2nd DEGREE BURN THE SIZE OF AN EGG WITH
BLISTERING.
SEEN DOCTOR  (ER) GOT THE BURN DRESSED WAS TOLD TO SEE DOCTOR
DALY UNTIL SEEN BY DOCTOR AGAIN. WASNT SEEN, COULD NOT GET
DRESSING CHANGED CORECTLY FOR AT LEAST TWO DAYS, CAUSING
BURN TISSUE TO STICK WHEN DRESSING WAS REMOVED.
THIS WAS AN WORK INJURY,IDID NOT RECIVE ANY WORMEN COMPENSATION
INFORMATION FOR WORK INJURY.

3.) LEGS VASCULAR, BASICLY I HAD BEEN GIVEN WRONE SIZE
STOCKINGS FOR LEG,(COMPRESSION).
THE COMPRESSION STOCKING ARE USED FOR FORCEING THE BLOOD
BACK UP THE LEG.THESE OR THIS STOCKING WAS TOO SMALL CAUSING
SERVERE PAIN IN LEG, FROM BEING TO TIGHT. CAUSING SWELLING
IN UPPER THIGH AND LOWER LEG.
I ARRIVED AT P.B .S.P. IN OCTOBER 2006 AND HAD MY OWN COM-
PERSSING STOCKING,(2) THAT FIT CORRECTLY AND TAKEN,AND
WAS TOLD I RECEIVED MORE  ONCE SEEN BY P.B.S.P. DOCTOR.
IT IS NOW JUNE 19 2007, AND STILL HAVING PROBLEMS RECEVING
STOCKING.
INJURY DONE TO LEG, SWELLING OF LEG,SPREADING OF VEIN AND
CAUSING ME PAIN.

4.) EYE INJURY,THIS IS AN ON GOING PROBLEM,HOW INJURY ACCURED
WHILE SLEEPING, FLASH LIGHT (MAG-LITE) FLASHED IN EYES WHILE
ASLEEP, LITE WAS SHONE IN FACE WHILE SLEEP UNTIL AWAKEN, AND
ONCE AWAKENED WAS SHONE IN EYES FOR SEVERAL SECONDES.
SEEING DOCTOR FOR INJURY AT TIME.

5.) EAR INJURY IS AN COMBONATION OF INJURIES. TWO WERE
DONE BY EAR THERMOMETER WAS STUCK OR "JAMMED" IN EAR TO
FAR BY AN P.B.S.P. BY M.T.A.  ANTTENDANT IN A VERY ANGRY
MANNER. THIS INCEDENT HAPPEN DURING AN PRE-SCREENING PRYER
TO SEEING DOCTOR.THE INSTRUMENT, LACKING INNER EAR PROTECTION
FOR EAR WAS NOT ON INSTRUMENT, WHICH CAUSED INJURY TO EAR.
INJURY CAUSED,LOSS OF HI-FRENQUENCY SOUNDS IN EAR,AND WILL
NOW NEED AN HEARING AID.WHICH I WILL RECEIVED SOME TIME IN
FUTURE.

THESE INJURIES ARE TO THE BEST OF MY MEMORY OF INCEDENTS
THAT HAPPEN TO ME WHILE IN STSTE PRISON DURING THE YEARS
OF 2006 thru 2007.


SENCENLY YOURS,

C.R.EDWARDS