FILED
07 JUL -6 AM 10: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CY EDWARDS,

Plaintiff,

vs.

P.B.S.P & D.S.P
(N.K.C.)

Defendant.

CASE NO. C 07 3495

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, CY EDWARDS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS                 - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  UNEMPLOYED
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.   Business, Profession or             Yes ___ No ✓
9           self employment
10     b.   Income from stocks, bonds,          Yes ___ No ✓
11          or royalties?
12     c.   Rent payments?                      Yes ___ No ✓
13     d.   Pensions, annuities, or             Yes ___ No ✓
14          life insurance payments?
15     e.   Federal or State welfare payments,  Yes ___ No ✓
16          Social Security or other govern-
17          ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.   Are you married?                        Yes ___ No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____∅_____ Net $_____∅_____
27 4.   a.   List amount you contribute to your spouse's support:$ ___∅___
28      b.   List the persons other than your spouse who are dependent upon you for support

1
2     , and indicate how much you contribute toward their support. (NOTE: For minor
3     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
4     _____
      _____
5   5.   Do you own or are you buying a home?      Yes ____  No ✓
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.   Do you own an automobile?                 Yes ____  No ✓
8   Make _____ Year _____ Model _____
9   Is it financed? Yes ____ No ____ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s): $ ____0____
15  Do you own any cash? Yes ____ No ✓ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.)  Yes ____ No ✓
18  _____
19  8.   What are your monthly expenses?
20  Rent: $ ____0____            Utilities: ____0____
21  Food: $ ____0____            Clothing: ____0____
22  Charge Accounts:
23  Name of Account       Monthly Payment       Total Owed on This Acct.
24  ____0____             $ ____0____           $ ____0____
25  ____0____             $ ____0____           $ ____0____
26  ____0____             $ ____0____           $ ____0____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

  I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_6/25/07_  
DATE

_Cy R. Edwards_  
SIGNATURE OF APPLICANT

Case 4:07-cv-03495-SBA    Document 2    Filed 07/06/2007    Page 5 of 5

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                              _____
                                              [Authorized officer of the institution]