FILED
07 AUG -9 PM 1:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

_____ )
                                    )    CASE NO. C07-3495 SBA (PR)
                    Plaintiff,      )
                                    )
    vs.                             )    **PRISONER'S**
                                    )    **APPLICATION TO PROCEED**
                                    )    **IN FORMA PAUPERIS**
                                    )
                    Defendant.      )
_____ )

        I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed? Yes ✓   No \_\_\_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 33.75 per mo.    Net: $13.00 per month.

Employer: BBSP _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a. Business, Profession or     Yes ___ No ✓
10       self employment
11    b. Income from stocks, bonds,     Yes ___ No ✓
12       or royalties?
13    c. Rent payments?     Yes ___ No ✓
14    d. Pensions, annuities, or     Yes ___ No ✓
15       life insurance payments?
16    e. Federal or State welfare payments,     Yes ___ No ✓
17       Social Security or other govern-
18       ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____
22 _____

23 3. Are you married?     Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.    a. List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). **NONE**

5. Do you own or are you buying a home?    Yes ___ No ✓
Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No ✓
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _____
Do you own any cash? Yes ___ No ✓ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ ∅    Utilities: ∅
Food: $ ∅    Clothing: ∅
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ∅ | $ ∅ | $ ∅ |
| ∅ | $ ∅ | $ ∅ |
| ∅ | $ ∅ | $ ∅ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____ NO _____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11  I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  7-10-07                                    C.R. Edwards
17    DATE                                    SIGNATURE OF APPLICANT

```
 1
 2                                           Case Number: _____
 3
 4
 5
 6
 7
 8                          CERTIFICATE OF FUNDS
 9                                    IN
10                          PRISONER'S ACCOUNT
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                           [prisoner name]
14  _____ where (s)he is confined.
         [name of institution]
15         I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $_____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                     _____
                                              [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28
```

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ [prisoner name] for the last six months _____ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                     _____
                                     [Authorized officer of the institution]

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Cy Richard Edwards  F40478</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>14.75</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>14.75</u>.    (20%= $2.95)

Dated: 7/13/07                                       _____
                                                      Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-12-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICER

```
                                                                    PAGE NO:    1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                      PELICAN BAY STATE PRISON
                   INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 12, 2007

ACCOUNT NUMBER : F40478                  BED/CELL NUMBER: MF01U 000000226L
ACCOUNT NAME   : EDWARDS, CY RICHARD     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -----------    --------    ---------  --------  -----------  -------

01/01/2007   BEGINNING BALANCE                                              0.00

01/17*VD54  INMATE PAYROL  2607 12/06               7.35                    7.35
01/23 FC03  DRAW-FAC 3     2693 LV1-3                           7.35        0.00
02/06*VD54  INMATE PAYROL  2932 1/07                5.92                    5.92
02/20 FC03  DRAW-FAC 3     3054 LV1-3                           5.92        0.00
03/05*DD34  EFT DEPOSIT O  3166JP#230              22.50                   22.50
03/06*VD54  INMATE PAYROL  3177 02/07               0.42                   22.92
03/06*VD54  INMATE PAYROL  3177 02/07               4.46                   27.38
03/20 FC03  DRAW-FAC 3     3333 L1-3                           27.38        0.00
03/28 FR01  CANTEEN RETUR  603422                               6.68-       6.68
03/28 W512  LEGAL POSTAGE  3430                                 2.31        4.37
03/28 W512  LEGAL POSTAGE  3430                                 2.79        1.58
03/28 W534  MEDICAL CHARG  3435 WRIST                           1.58        0.00
04/05*VD54  INMATE PAYROL  3559 03/07              10.74                   10.74
04/24 FC03  DRAW-FAC 3     3860 LV1-3                          10.74        0.00
05/15*DD34  EFT DEPOSIT O  4205JP#306              11.25                   11.25
05/15*VD54  INMATE PAYROL  4206  4/07              10.62                   21.87
05/22 FC03  DRAW-FAC 3     4314 LV1-3                          21.87        0.00
06/06*VD54  INMATE PAYROL  4522  5/07               2.43                    2.43
06/06*VD54  INMATE PAYROL  4522  5/07              12.80                   15.23
06/19 FC03  DRAW-FAC 3     4781 LV1-2                          15.23        0.00
07/06*VD54  INMATE PAYROL  0109  6/07               8.70                    8.70
07/10 W516  LEGAL COPY CH  0190                                 8.70        0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/31/06                 CASE NUMBER: TA072433
COUNTY CODE: LA                          FINE AMOUNT: $    200.00

    DATE        TRANS.    DESCRIPTION             TRANS. AMT.     BALANCE
  --------     -------   ------------             -----------     -------

01/01/2007   BEGINNING BALANCE                                     154.62
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-12-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

REPORT ID: TS3040  .901                                             REPORT DATE: 07/12/07
                                                                    PAGE NO:        2

```
                          PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 12, 2007

ACCT: F40478        ACCT NAME: EDWARDS, CY RICHARD            ACCT TYPE: I


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/31/06                         CASE NUMBER: TA072433
COUNTY CODE: LA                                  FINE AMOUNT: $      200.00

   DATE      TRANS.    DESCRIPTION                    TRANS. AMT.      BALANCE
   ----      ------    -----------------------------  -----------      -------
 01/17/07    VR54      RESTITUTION DEDUCTION-SUPPORT       8.16-        146.46
 02/06/07    VR54      RESTITUTION DEDUCTION-SUPPORT       6.56-        139.90
 03/05/07    DR34      REST DED-EFT DEPOSIT               25.00-        114.90
 03/06/07    VR54      RESTITUTION DEDUCTION-SUPPORT       0.45-        114.45
 03/06/07    VR54      RESTITUTION DEDUCTION-SUPPORT       4.95-        109.50
 04/05/07    VR54      RESTITUTION DEDUCTION-SUPPORT      11.92-         97.58
 05/15/07    DR34      REST DED-EFT DEPOSIT               12.50-         85.08
 05/15/07    VR54      RESTITUTION DEDUCTION-SUPPORT      11.79-         73.29
 06/06/07    VR54      RESTITUTION DEDUCTION-SUPPORT       2.70-         70.59
 06/06/07    VR54      RESTITUTION DEDUCTION-SUPPORT      14.22-         56.37
 07/06/07    VR54      RESTITUTION DEDUCTION-SUPPORT       9.66-         46.71


         *  THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
         *  IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *


                              TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL          TOTAL         CURRENT        HOLDS         TRANSACTIONS
   BALANCE        DEPOSITS      WITHDRAWALS     BALANCE       BALANCE        TO BE POSTED
  ---------      ---------      -----------     --------      --------       ------------
     0.00          97.19           97.19          0.00          0.00             0.00


                                                                         CURRENT
                                                                        AVAILABLE
                                                                         BALANCE
                                                                        ---------
                                                                            0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-12-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Kleppin_
TRUST OFFICE

Case Number: C07 3495

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___CY EDWARDS___ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

- 5 -

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  EDWARDS    CY    R
     (Last)     (First)     (Initial)

Prisoner Number  F-40478

Institutional Address  P.O BOX 7500 CRESENT CITY CA. 95532

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CY RICHARD EDWARDS
(Enter the full name of plaintiff in this action)

vs.

PELICAN STATE PRISON
DELANO STATE PRISON
(AND EMPLOYEES)
(C/O'S ; MTA'S)
(Enter the full name of the defendant(s) in this action)

Case No. C 07 3495
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement  P.B.S.P.

   B.   Is there a grievance procedure in this institution?

        YES (✓)   NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?

        YES (✓)   NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                - 1 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.   Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

**B.   Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name _EDWARDS___ _CY___ _R___
         (Last)         (First)        (Initial)

Prisoner Number _F-40478_

Institutional Address _P.O BOX 7500 CRESENT CITY_
_CA. 95532_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_CY RICHARD EDWARDS_
(Enter the full name of plaintiff in this action)

vs.

_PELICAN STATE PRISON_
_DESLUNO STATE PRISON_
_(AND EMPLOYEES)_
_(C/O'S † M/A'S)_
(Enter the full name of the defendant(s) in this action)

Case No. **C 07 3495**
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. <u>Exhaustion of Administrative Remedies</u>

[<u>Note:</u> You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement _P.B.S.P_

B. Is there a grievance procedure in this institution?
   YES (✓)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES (✓)   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                - 1 -

C.R. Edwards MP-1-220L F-40478
Crescent City, CA PBSP
P.B.S.P. P.O. Box 7500
95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

NO POSTAGE
$00.00

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680