DEAR MR. WIEKING                              11-25-07

**FILED**
DEC -4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MY NAME IS CY RICHARD EDWARDS I'M AN INMATE AT PELICAN BAY STATE PRISON. I'M WRITING YOU IN CONCERN OF AN COMPLAINT I SENT OR FILED ON JULY 6 2007. THIS COMPLAINT WAS SENT BACK (AN 42 U.S.C. §§ 1983) STATING I DIDN'T SEND IN PRISONER'S ACCOUNT STATEMENT. THAT ACCOUNT STATEMENT PROBLEM WAS CORRECTED AND SENT BACK IN DUE TIME, AND MY CONCERN NOW IS, AND UP DATE OF CASE MENTION.

THE CIVIL CASE NUMBER IS: C-07-3495 SBA (PR)

I WOULD VERY MUCH LIKE AND UP DATE IF POSSIBLE AND ALSO IF IT'S POSSIBLE TO ADD ON TO COMPLAINTS, OR ADD TO EXSISTANT-ING CASES.

THANK YOU
SINCERELY YOURS,

Cy R. Edwards
11-25-07

U.K. EDWARD FLUID ...
P.B.G.P., P.O. Box 750
Crescent City, CA
95532

"Confidential"
MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$ 00.41⁰
PITNEY BOWES
02 1M
0004217666   NOV 29 2007
MAILED FROM ZIP CODE 95531

"Confidential"
MAIL

Clerk of the United States
District courts for the
Northern District of Cal.
450 Golden Gate Ave.
Box 36060 San Francisco
CA 94102

ATTN: MR. RICHARD W. WIEKING, (CLERK)
DEP.

9410253661 C004