FILED
2007 DEC 20 PM 2:15

Dear Mr. Wieking,    12-16-07

Greetings, I'm writing you to see if I could get an up date on an complaint I filed on 7-6-07.

I just tring to find out if, or what progress have been done.

So, upon receipt of my letter of concernment, I would be more than happy to here from you.

Attn: To (send)
C.R. Edwards F40478 CYN-A-156-L
P.B.S.P. P.O. Box 7500
Crescent City Ca. 95532

Case # C-07-3495 (PE)
SBA (SBA)
2nd Letter

Thank you
Happy Holy Days

C.R. Edward
12-16-07