C. LEONARD FC0278 GYM-456L
P.B.S.P. P.O.BOX 7500
CRESENT CITY CA. 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



UNITED STATES POSTAGE
02 1M
0004217666
MAILED FROM ZIP CODE 95531
PITNEY BOWES
$ 00.41⁰
DEC 18 2007

Office of the Clerk U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, CA. 94612-5212

PELICAN BAY
FACILITY GYM

3461235212 C037

Attn: Mr. Richard Wieking