8-6-08

Dear Mr. Wieking

Case# C-07-3495 (PR) (SBA)

FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Once again I'm in need of court information, any updates and docket (new) information. Upon NC leaving P.B.S.P. a lot of my ~~personal~~ personal property (paperwork-legal) came up missing or ~~said~~ "couldn't have". So I'm at a loss of very important information.

Also I'm sending you a new address and as far as I know I haven't received any mail from you or the court.

AND ONCE AGAIN THANK YOU FOR ALL INFORMATION SENT, AND YOUR HELP.

SINCERLY,

C. R. Edwards

NEW ADDRESS:

1015 EAST COMPTON AVE.
COMPTON CAL. 90221



CY RICHARD EDWARDS
1015 EAST COMPTON AVE.
COMPTON CA 90221

Richard W. Wieking
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST, SUITE 400S
OAKLAND, CA. 94612-5212

Case 4:07-cv-03495-SBA   Document 8   Filed 08/11/2008   Page 4 of 4